**CASE NO. 26-11795**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

---

LAURA LOOMER

Plaintiff-Appellant,

v.

BILL MAHER, et al.

Defendants-Appellees.

____________________________________________/

## Motion to Withdraw as Attorney of Record

Pursuant to 11th Cir. R. 46-10, Frederick Sujat respectfully moves for an order permitting his withdrawal as counsel of record for Laura Loomer, Appellant, stating in support:

1. Mr. Sujat seeks to withdraw from this case and Attorney George T. Pallas, Florida Bar No. 348694, of George T. Pallas, P.A., will now undertake the representation of the Appellant, Laura Loomer.

2. Attorney George T. Pallas has already entered his appearance as counsel of record in this case, Appellant has no objection, and the withdrawal of Attorney Sujat will cause no delay to these proceedings.
3. Laura Loomer may be contacted through George T. Pallas, Esq. at 2430 Coral Way, Miami, Florida 33145, Phone No. 305-860-4828.

*/s/ Frederick Sujat*
Frederick Sujat, Esq.
5675 Brookfield Cir E
Fort Lauderdale, FL, 33312
fsujat@yahoo.com
Tel: 954-815-5221
*Counsel for Appellant*

**CERTIFICATE OF INTERESTED PERSONS**

Movant certifies that the following persons may have an interest in this case:

1. Katherine M. Bolger
2. Davis Wright Tremaine LLP
3. Yelan Escalona
4. Rachel Fugate
5. Home Box Office, Inc.
6. Larry Klayman
7. Hon. Philip R. Lammens
8. Laura Loomer

9. Bill Maher
10. Hon. James. S. Moody, Jr.
11. Alexandra Perloff-Giles
12. Shullman Fugate PLLC
13. Frederick Sujat
14. George T. Pallas

## CERTIFICATE OF COMPLIANCE

1. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32 (a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman.
2. This document complies with the type-volume limit of Fed. R. App. P. 32(a)(7)(B)(i) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f) this document contains 115 words.

Dated: November 3, 2026

/s/ *Frederick Sujat*

Frederick Sujat, Esq.